■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHELDON PARKER, Appellant. [950 NYS2d 904]—Judgment of resentence, Supreme Court, New York County (A. Kirke Bartley, J.), rendered October 24, 2011, resentencing defendant, as a second felony drug offender whose prior felony conviction was a violent felony, to a term of six years, unanimously affirmed.

In a resentencing proceeding under CPL 440.46, the court properly made a de novo determination of whether defendant was previously convicted of a violent felony (*see People v Dais*, 19 NY3d 335 [2012]). Concur—Friedman, J.P., Acosta, Abdus-Salaam, Manzanet-Daniels and Román, JJ.